```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J02-0017--CV (JWS)
                              "MELANIE SCOTT-BIGGS V USA"

                   Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/25/02
            Closed: 12/27/04

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (360) Other personal injury
                   28 USC 1442, 1446, 2679(D((2)
            Origin: (2) Removed from State Court
            Demand: 2800
        Filing fee: Waived
          Trial by: Court
```

Parties of Record:                                Counsel of Record:

| | | | |
|---|---|---|---|
| PLF 1.1 | | SCOTT-BIGGS, MELANIE | Melanie Scott-Biggs<br>Pro Per<br>1619 #11 SMC<br>Sitka, AK 99835 |
| DEF 1.1 | [T] | SOUTHEAST ALASKA REGIONAL HEALTH CONSORTIUM | No counsel found for this party! |
| DEF 1.2 | | UNITED STATES OF AMERICA | Richard L. Pomeroy<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 2.1 | [T] | MT. EDGECUMBE HOSPITAL | No counsel found for this party! |
| DEF 2.2 | | UNITED STATES OF AMERICA | Richard L. Pomeroy<br>(see above) |
| DEF 3.1 | | U.S. DEPT OF HEALTH & HUMAN SERVICES | Richard L. Pomeroy<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE J02-0017--CV (JWS)
                   "MELANIE SCOTT-BIGGS V USA"

                      For all filing dates
```

```
Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 07/25/02
          Closed: 12/27/04

    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (360) Other personal injury
                  28 USC 1442, 1446, 2679(D((2)
          Origin: (2) Removed from State Court
          Demand: 2800
      Filing fee: Waived
        Trial by: Court
```

```
Document #   Filed      Docket text

     1 -  1  07/25/02   DEF 3 Notice of Removal. (1SI02-0132CI)

     2 -  1  07/31/02   JWS Minute Order to petitioner subsequent to removal. cc: plf, USA

     3 -  1  08/07/02   DEF 3 Service List.

     4 -  1  08/07/02   DEF 3 Notice of compliance w/exhs.

     5 -  1  08/08/02   DEF 3 Certification that defs' carrying out contract of govt re:
                        allegations of negligence or other tortious activity.

     6 -  1  08/14/02   DEF 1-3 notice of substitution and motion to amend caption.

     7 -  1  08/16/02   JWS Order granting motion to amend caption (6-1). cc: cnsl

     8 -  1  09/24/02   DEF 1 Answer to Complaint.

     9 -  1  09/25/02   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 21 days. cc: cnsl

    10 -  1  09/27/02   DEF 1-3 motion for 30 day extension of time to file initial case status
                        report.

    11 -  1  09/30/02   JWS Order granting motion for 30 day extension of time to file initial
                        case status report (10-1); initial case stat rpt due 11/19/02. cc: cnsl

    12 -  1  10/21/02   DEF 1-3 Attorney Substitution of Mark Rosenbaum (AUSA).

    13 -  1  11/18/02   PLF 1 Application for appointment of counsel w/att financial affidavit.

    14 -  1  11/19/02   DEF 1 Initial Status Report (no mutuual discovery plan)

    15 -  1  11/22/02   JWS Minute Order denying application for court appointed cnsl at #13;
                        def to file mot by 12/30/02 if this is time-barred or a notice that no
                        such mot appears viable. cc: cnsl

    16 -  1  01/09/03   JWS Minute Order that def to file mot based on statute of limitation or
                        a notice that such defense will not be relied upon by 1/21/03. cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J02-0017--CV (JWS)
                                  "MELANIE SCOTT-BIGGS V USA"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 17 - 1 | 01/21/03 | DEF 2 Notice regarding appearance of jurisdiction. |
| 18 - 1 | 03/10/03 | JWS Minute Order that plf file comments re: rpt at dkt 14 by 3/21/02; if no comments fld crt to assume plf agrees w/suggestions by def. cc: cnsl |
| 19 - 1 | 03/10/03 | DEF 1-3 Attorney Substitution of R. Pomeroy (AUSA). |
| 20 - 1 | 03/25/03 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 08/04/03; Disp mots ddln 09/04/03; 2 day TBC estimate. cc: cnsl |
| 21 - 1 | 07/01/03 | DEF 1-3 Witness List. |
| 22 - 1 | 08/21/03 | DEF 1-3 motion to extend discovery deadlines until 12/1/03. |
| 23 - 1 | 09/18/03 | JWS Minute Order granting mot to extend disc ddlns (22-1); disc to close 12/01/03; disp mot ddln 01/05/04. cc: cnsl |
| 24 - 1 | 01/09/04 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 25 - 1 | 01/26/04 | DEF 1-3 motion for extension of time for an additional ten days to respond to certification of readiness for trial. |
| 26 - 1 | 02/02/04 | JWS Order granting motion for extension of time for an additional ten days, until 2/6/04 to respond to certification of readiness for trial (25-1).  cc: cnsl |
| 27 - 1 | 02/10/04 | DEF 1 Cerification of Readiness for trial. |
| 28 - 1 | 03/10/04 | DEF 1-3 motion in limine to exclude testimony about subsequent remedial measures. |
| 29 - 1 | 03/15/04 | DEF 1-3 Status Report. |
| 30 - 1 | 03/26/04 | JWS Order that crt has reviewed the status rpt at dkt #29. A settlement conf may be hoeld in Juneau on a date subsequet to 6/15/04 and would be conducted by Judge von der Heydt.  Submitting of confidential settlement memo to Judge von der Heydt on or before 6/11/04.  Judge von der Heydt may set a settlement conference in Juneau on a date subsequent to 6/15/04. cc: cnsl, Judge von der Heydt |
| 31 - 1 | 04/07/04 | JWS Minute Order granting mot in limine to exclude testimony about subsequent remedial measures (28-1). cc: cnsl |
| 32 - 1 | 04/08/04 | JWS Order re: req for settl conf; parties to lodge sealed settl conf memos w/chambers of Judge von der Heydt by 6/11/04. cc: cnsl, Judge von der Heydt |
| 33 - 1 | 06/07/04 | DEF 1-3 motion for extension of time to file settlement memo. |
| 34 - 1 | 06/09/04 | JAV Order granting mot for ext of time of 2 weeks to file settl memo (33-1). cc: cnsl, Judge Sedwick |
| 35 - 1 | 06/28/04 | JAV Minute Order that def has 7 days from date of ord to comply w/requirements of Judge Sedwick's order fld 4/8/04. cc: cnsl, Judge Sedwick |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J02-0017--CV (JWS)
                              "MELANIE SCOTT-BIGGS V USA"

                                  For all filing dates


 Document #    Filed      Docket text

    36 -   1   07/01/04   JAV Order regarding settlement conference.  Each party is directed to
                          notify the court by 7/12/04, if some compromise in the previously stated
                          position is possible.  cc: cnsl, Judge Sedwick

    37 -   1   07/27/04   JAV Order that settl not feasible; settl conf will not be set; case
                          returned to assigned judge for further proceedings. cc: cnsl, Judge
                          Sedwick

    38 -   1   07/28/04   DEF 1-3 Unopposed motion to set case for trial.

    39 -   1   07/30/04   JWS Minute Order granting unoppo mot to set case for trial (38-1); FPTC
                          set 1/18/05 @ 8:30 a.m. @ Juneau, AK; TBC set 1/18/05 @ 9:00 a.m. @
                          Juneau, AK. cc: cnsl

    40 -   1   08/23/04   JWS Order for pre-trial proceedings & FPTC set 1/18/05 @ 8:30 a.m. @
                          Juneau; TBC set 1/18/05 @ 9:00 a.m. @ Juneau; exh review to be held by
                          11/23/04; trial docs due 1/11/05. cc: cnsl, JC, ECR, Divisional Deputy

    41 -   1   11/22/04   DEF 1-3 motion on shortened time to extend certain pre-trial deadlines.

    42 -   1   11/23/04   DEF 1-3 Trial Witness List.

    43 -   1   11/24/04   JWS Minute Order granting mot on shortened time to extend certain
                          pre-trial ddlns to 12/3/04 (41-1). cc: cnsl

    44 -   1   12/03/04   DEF 1-3 Notice of lodging witness list w/att exh.

    45 -   1   12/03/04   DEF 1-3 Statement of issues and uncontested facts w/att exhs.

    46 -   1   12/03/04   DEF 1-3 Exhibit List. (one white binder forwarded to Judge)

    47 -   1   12/06/04   JWS Minute Order that by 12/17/04 plf file explanation to show excusable
                          neglect for having failed to file final wit list by 12/23/04 & file prop
                          wit list or case dism w/o prej & w/o further notice. cc: cnsl

    48 -   1   12/08/04   JWS Minute Order that FPTC & TBC will be conducted by Judge Fitzgerald;
                          any pre-trial matters will be addressed by Judge Sedwick. cc: cnsl, JC,
                          ECR, Divisional Deputy, Judge Fitzgerald

    49 -   1   12/17/04   PLF 1 Witness List.

    50 -   1   12/27/04   JWS Minute Order dismissing case w/o prej for failure to comply w/ords
                          of crt. cc: cnsl, Judge Fitzgerald, ECR, JC, Divisional Deputy, O&J
                          (Redistributed w/costs 3/10/05: cnsl, Judge Fitzgerald, O&J)

    51 -   1   01/10/05   DEF 1-3 motion for taxation of costs w/att exhs.

    52 -   1   01/19/05   Clerk's Notice of taxation of costs; total costs taxed for def & against
                          plf in the amount of $195.00. cc: cnsl

    53 -   1   01/24/05   PLF 1 motion for reconsideration of dismissal.

    54 -   1   02/03/05   JWS Minute Order def to file a response to the request for
                          reconsideration at dkt 53 w/in 10 days from the service of this order.
                          cc: cnsl


 ACRS: R_VDSDX                As of 12/01/05 at 3:57 PM by GARRY                       Page 3
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE J02-0017--CV (JWS)
"MELANIE SCOTT-BIGGS V USA"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 55 - 1 | 02/14/05 | DEF 1-3 opposition to PLF 1 motion for reconsideration of dismissal (53-1). |
| 56 - 1 | 02/15/05 | JWS Minute Order denying motion for reconsideration of dismissal (53-1). cc: cnsl |
| NOTE - 1 | 04/21/05 | Issued: Writ of execution. |
| 57 - 1 | 04/21/05 | DEF 2-3 Application re: Writ of Execution. |
| 58 - 1 | 10/27/05 | USM Return of svc on writ of execution re: PFD re: PLF 1 executed 4/27/05 for the amt $240.00. |
| 59 - 1 | 11/08/05 | DEF 1 motion for release of funds. |
| 60 - 1 | 11/22/05 | JWS Order granting motion for release of funds (59-1). cc: cnsl, Finance |